| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Gist Entities, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA ARCpoint Labs of Orland Park<br>FDBA ARCpoint Labs of Downers Grove |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2424335 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>11006 West 179th Street<br>Orland Park, IL 60467<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.arcpointlabs.com/orland-park | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  Gist Entities, LLC _____    Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5419

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    Gist Entities, LLC    Case number (*if known*)
          Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  Gist Entities, LLC
        Name                                                              Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 12, 2024
              MM / DD / YYYY

**X** /s/   Ebonie Gist                                     Ebonie Gist
Signature of authorized representative of debtor            Printed name

Title   Member/Manager

**18. Signature of attorney**

**X** /s/ Joel Schechter                          Date   April 12, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267      Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Debtor   Gist Entities, LLC_____   Case number (if known)_____

▓▓▓ Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 12, 2024
MM / DD / YYYY

X _____[signature]_____   Ebonie Gist
Signature of authorized representative of debtor   Printed name

Title   Member/Manager

**18. Signature of attorney**

X _____[signature]_____   Date   April 12, 2024
Signature of attorney for debtor   MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267   Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

Debtor name: Gist Entities, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 12SFJ12, LLC<br>2300 West Course Drive<br><br>Riverwoods, IL 60015 | | Rent-2593 Ogden Ave., Downers Grove, IL | | | | $17,835.00 |
| Ability Network<br>c/o ANI Ability<br>100 North 6th Street<br>Suite 900A<br>Minneapolis, MN 55403 | | Trade debt | | | | $7,149.00 |
| American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $13,798.82 |
| American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $10,503.31 |
| ARCpoint Franchise Group<br>101 N. Main Street<br>Suite 301<br>Greenville, SC 29601 | | franchise fees | | | | $26,817.53 |
| ARCpoint Labs<br>Greenville, SC 29607 | | Trade debt | Disputed | | | $7,617.50 |
| ARCpoint Labs of Trenton-Hamilton<br>1542 Kuser Road<br>Suite B4<br>Hamilton, NJ 08619 | | Trade debt | Contingent<br>Disputed | | | $1,184.00 |
| BMO Harris<br>P.O. Box 2035<br>Milwaukee, WI 53201 | | line of credit | | | | $51,387.11 |

Debtor  Gist Entities, LLC
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Citizen's Bank<br>6350 Lake Oconee Parkway<br>Suite 110 PMB-141<br>Greensboro, GA 30642 | | misc office supplies misc lab supplies misc office furniture, fixtures and equipment | | $187,381.00 | $49,600.00 | $137,781.00 |
| Fertility & Cryogenics Lab<br>c/o FC Lab<br>897 State Street<br>Lemont, IL 60439 | | Trade debt | Contingent Disputed | | | $30,414.00 |
| Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | | IL Withholding Tax | | | | $545.78 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Form 941 | | | | $3,940.85 |
| Intuit<br>c/o Quickbooks Capital<br>Attn: Customer Funds Management<br>6888 Sierra Center Parkway<br>Reno, NV 89511 | | line of credit | | | | $50,800.00 |
| KB Med Enterprises, Inc.<br>47 Sawgrass Drive<br>Lemont, IL 60439 | | Trade debt | Contingent Disputed | | | $11,940.80 |
| Marley Orland, LLC<br>c/o LM Commercial Real Estate<br>361 South Frontage Avenue<br>Suite 126<br>Burr Ridge, IL 60527 | | lease of business premises/unpaid rent, amount listed is approximate | | | | $11,100.00 |
| Mesa Biotech Inc.<br>P.O. Box 7410446<br>Chicago, IL 60674-0446 | | Trade debt | | | | $5,369.20 |
| Rymedi, Inc.<br>655 S. Main Street<br>2nd Floor<br>Greenville, SC 29601-2504 | | software | | | | $39,249.00 |

Debtor  Gist Entities, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TotalConnex, LLC 525 West Monroe Street Suite 900 Chicago, IL 60661 | | Trade debt | Contingent Disputed | | | $76,625.48 |
| US Bank P.O. Box 790179 Saint Louis, MO 63179-0179 | | line of credit | | | | $60,381.00 |
| US Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | Credit card purchases | | | | $15,757.69 |

```
12SFJ12, LLC
2300 West Course Drive
Riverwoods, IL 60015


12SFJ12, LLC
c/o Lavelle Law
141 West Jackson Blvd. Suite  2800
Chicago, IL 60604


12SJF12, LLC
2300 West Course Drive
Riverwoods, IL 60015


Ability Network
c/o ANI Ability
100 North 6th Street Suite 900A
Minneapolis, MN 55403


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


ARCpoint Franchise Group
101 N. Main Street Suite 301
Greenville, SC 29601


ARCpoint Franchise Group, LLC
101 North Main Street Suite 301
Greenville, SC 29601


ARCpoint Labs
Greenville, SC 29607


ARCpoint Labs of Trenton-Hamilton
1542 Kuser Road Suite B4
Hamilton, NJ 08619


BMO Harris
P.O. Box 2035
Milwaukee, WI 53201


Cardmember Service
P.O. Box 6335
Fargo, ND 58125-6335
```

Citizen's Bank
6350 Lake Oconee Parkway
Suite 110 PMB-141
Greensboro, GA 30642

Citizen's Bank
300 Broad Street
Elizabethton, TN 37644

Downers Grove Sanitary District
2710 Curtiss Street P.O. Box 1412
Downers Grove, IL 60515-0703

Ebonie Gist
21974 Heritage Drive
Frankfort, IL 60423

Elizabeth Rose
Caiola & Rose, LLC
125 Clairemont Avenue, #240
Decatur, GA 30030

Fertility & Cryogenics Lab
c/o FC Lab 897 State Street
Lemont, IL 60439

Fertility and Cryogenics Lab
8635 Lemont Road
Downers Grove, IL 60516

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
P.O. Box 19043
Springfield, IL 62794-9043

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Ogden, UT 84201-0039

Intuit
Attn: Customer Funds Management
c/o Quickbooks Capital 6888 Sierra Cente
Reno, NV 89511

Ira Lauter
L&B All Star Management, LLC
950 Skokie Blvd. Suite 310
60062

```
KB Med Enterprises, Inc.
47 Sawgrass Drive
Lemont, IL 60439


Konstantine Sparagis
900 West Jackson Blvd. #4E
Chicago, IL 60607


Marley Orland, LLC
c/o LM Commercial Real Estate
361 South Frontage Avenue Suite 126
Burr Ridge, IL 60527


Mesa Biotech Inc.
P.O. Box 7410446
Chicago, IL 60674-0446


Robert M. Gomberg
Lavelle Law
141 West Jackson Blvd., Suite 2800
Chicago, IL 60604


Rymedi, Inc.
655 S. Main Street 2nd Floor
Greenville, SC 29601-2504


TotalConnex, LLC
525 West Monroe Street Suite 900
Chicago, IL 60661


U.S. Small Business Administration
801 Tom Martin Drive Suite 120
Birmingham, AL 35211


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


US Bank
P.O. Box 790179
Saint Louis, MO 63179-0179


Weltman Weinberg & Reis
P.O. Box 93784
Cleveland, OH 44101-5784
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gist Entities, LLC  
                    Debtor(s)

Case No.  
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gist Entities, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

April 12, 2024  
Date

/s/ Joel Schechter  
Joel Schechter  
Signature of Attorney or Litigant  
Counsel for   Gist Entities, LLC  
Law Offices of Joel A. Schechter  
53 West Jackson Blvd  
Suite 1522  
Chicago, IL 60604  
(312) 332-0267  Fax:  
joelschechter1953@gmail.com